**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



ENTERED PURSUANT TO ADMINISTRATIVE
ORDER NO. 08-08,
KENNETH J. HIRZ, CLERK OF COURT

BY: /s/ KIM PEEL
DEPUTY CLERK

**Dated: 08:40 AM February 01, 2010**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:                          CASE NO. 08-62094

MICHAEL LYNN BROOME          CHAPTER 13
NATASHA MARIE BROOME
SSN: XXX-XX-2933
SSN: XXX-XX-9234

        DEBTORS                 JUDGE RUSS KENDIG

                                    **ORDER GRANTING RELIEF
FROM STAY
(Real Property located at 1345 Kelly
Street, Massillon, OH 44647)**

---------------------------------------------------------------------------------------------------------------

        This matter came to be considered on the Motion for Relief from Stay (the "Motion")

filed by U.S. Bank, N.A. ("Movant")

        Movant has alleged that good cause exists for granting the Motion and that Debtor(s),

Counsel for Debtor(s), the Chapter 13 Trustee, and all other necessary parties were served with

the Motion and with notice of the hearing date on said Motion. No party filed a response or otherwise appeared in opposition to the Motion.

IT IS THEREFORE ORDERED:

1. That the Motion is granted and the automatic stay imposed by Section 362 of the Bankruptcy Code is terminated with respect to Movant, its successors and assigns.

2. The Chapter 13 Trustee shall discontinue payments to Movant on its claim under the Chapter 13 Plan filed by the Debtor(s). Movant is directed to file a report of sale promptly following liquidation of the Collateral if any excess proceeds have been received and Movant is given leave to file an unsecured deficiency claim within 60 days after liquidation of the Collateral, if such claim exists.

**SUBMITTED BY:**

LAURITO & LAURITO, L.L.C.

/s/ Erin M. Laurito
_____
Jeffrey V. Laurito (0014652)
Erin M. Laurito (0075531)
35 Commercial Way
Springboro, Ohio 45066
937-743-4878
937-743-4877 fax
Attorneys for Movant

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Order was electronically submitted on January 29, 2010 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Main Notice List:

Nicole L. Rohr, Attorney for Debtors, at mailto: nlratty@yahoo.com, dandt9442@sbcglobal.net; nlrohr22@yahoo.com; thrughrohr@yahoo.com, Toby L. Rosen, Trustee, at lweir@chapter13canton.com, United States Trustee (Registered address)@usdoj.gov

And sent by regular U.S. Mail to:

Michael Lynn Broome, debtor, 1345 Kelly Street NW, Massillon, OH 44647
Natasha Marie Broome, debtor, 1345 Kelly Street SW, Massillon, OH 44647

        LAURITO & LAURITO LLC

        /s/ Erin M. Laurito
        _____
        Erin M. Laurito (0075531)

###